18 A.3d 1093

**John WRIGHT, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 28, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**